IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JOHN DIXON                                                                                                  PLAINTIFF

       v.                          Civil No. 07-3026

WOOD MANUFACTURING
COMPANY, INC. d/b/a RANGER
BOATS; and DALE UNGER,
Transportation Manager, Ranger Boats                                            DEFENDANTS

## ORDER

      The court, having heretofore entered an order allowing the plaintiff to proceed *in forma pauperis* and directing the clerk to file the complaint, hereby directs the clerk of court to issue summons and mail the summons to the plaintiff's counsel for service on the defendants Wood Manufacturing Company, Inc. and Dale Unger.  The defendant Wood Manufacturing Company may be served by serving National Registered Agents, Inc., The Tower Building, 323 Center Street, Suite 1202, Little Rock, AR  72201, by certified mail, return receipt requested.

      It is believed that Dale Unger may reside at 343 Lakewood Lane, Yellville, AR  72687-8298.  Plaintiff's counsel is advised that it is his responsibility to ensure that Dale Unger is properly served with process.

      The defendants are ordered to answer within twenty (20) days from the date of service.

      IT IS SO ORDERED this 18th day of July 2007.

                                           /s/ *J. Marschewski*
                                       HON. JAMES R. MARSCHEWSKI
                                       UNITED STATES MAGISTRATE JUDGE