```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 HARRISON DIVISION
```

JOHN DIXON                                                    PLAINTIFF


         v.              Civil No. 07-3026

WOOD MANUFACTURING COMPANY, INC.
d/b/a RANGER BOATS, and DALE UNGER                            DEFENDANTS


### ORDER


Now on this 6th day of February, 2008, the above referenced matter comes on for the Court's consideration.  The motions currently pending before the Court include plaintiff's **Motion to Allow Filing of Amended Complaint** (document #19), plaintiff's second **Motion to Allow Filing of Amended Complaint** (document #22) and plaintiff's **Motion to Dismiss Separate Defendant Dale Unger Without Prejudice** (document #24).  The Court, being well and sufficiently advised finds and orders as follows:

   *   plaintiff's **Motion to Allow Filing of Amended Complaint** (document #19) should be, and it hereby is, **denied**;

   *   plaintiff's second **Motion to Allow Filing of Amended Complaint** (document #22) should be, and it hereby is, **denied**; and,

   *   plaintiff's **Motion to Dismiss Separate Defendant Dale Unger Without Prejudice** (document #24) should be, and it hereby is, **granted** and **plaintiff's complaint is dismissed with respect to**

**the claims against Dale Unger.**

**IT IS SO ORDERED.**

                                                 /s/ Jimm Larry Hendren
                                                 JIMM LARRY HENDREN
                                                 UNITED STATES DISTRICT JUDGE