## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## HARRISON DIVISION

| | |
|---|---|
| **JOHN DIXON,** | Court File No. 07-3026 |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| **WOOD MANUFACTURING COMPANY, INC. d/b/a RANGER BOATS** | |
| Defendant. | |

Defendant Wood Manufacturing Company, Inc. d/b/a Ranger Boats and plaintiff John Dixon, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate that this action is dismissed with prejudice. Each party shall bear their own attorney's fees and costs.

Dated:  April 15, 2008

Respectfully submitted,

/s/ Noah G. Lipschultz
Kathryn Mrkonich Wilson (MN Bar #283605)
Noah G. Lipschultz (MN Bar #0387308)
Littler Mendelson, P.C.
80 South 8th Street, Suite 1300
Minneapolis, Minnesota 55402
Telephone: 612-630-1000
kwilson@littler.com
nlipschultz@littler.com
*Pro hac vice*

R. Scott Summers (#2006102)
Littler Mendelson, P.C.
3608 N. Steele Blvd., Suite 214
Fayetteville, Arkansas 72703
Telephone: 479-442-5376
ssummers@littler.com

**ATTORNEYS FOR WOOD MANUFACTURING COMPANY, INC. D/B/A RANGER BOATS**

/s/ Frederick S. "Rick" Spencer
Frederick S. "Rick" Spencer
409 E. Sixth St.
Mountain Home, Arkansas 72653
(870) 425-6984
rs@rickspencer.com

**ATTORNEY FOR PLAINTIFF JOHN DIXON**

## **CERTIFICATE OF SERVICE**

 I hereby certify that on April 15, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

 Frederick S. Spencer
 rs@rickspencer.com


          /s/ Noah G. Lipschultz
          Noah Lipschultz