IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

HARRISON DIVISION

JOHN DIXON                                                                                          PLAINTIFF

CASE NO. 07-3026

WOOD MANUFACTURING COMPANY                                          DEFENDANT

CLERK'S ORDER OF DISMISSAL

On this 16th day of April, 2008, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41(a), Federal Rules of Civil Procedure,

IT IS ORDERED that the plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK


BY_____/s/_____
        Connie Test, Deputy Clerk